STATE OF MINNESOTA  DISTRICT COURT

COUNTY OF HENNEPIN  FOURTH JUDICIAL DISTRICT

---

Kathleen Radcliffe,  Court File No.: _____

    Plaintiff,

v.  **NOTICE OF FILING**
   **NOTICE OF REMOVAL**

Securian Financial Group, Inc.,

    Defendant.

---

TO: Plaintiff KATHLEEN RADCLIFFE, and her attorneys, Clayton D. Halunen and Ross D. Stadheim, HALUNEN & ASSOCIATES, 1650 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that on the 27th day of December, 2011, defendant Securian Financial Group, Inc. filed a Notice of Removal of the above-entitled action to the United States District Court for the District of Minnesota. A true copy of the Notice of Removal is attached and is filed with the Court in accordance with 28 U.S.C. § 1446.

Date: 12-27-2011

LARSON • KING, LLP

By: _____
David M. Wilk (#222860)
Angela Beranek Brandt (#293143)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500

**ATTORNEYS FOR DEFENDANT
SECURIAN FINANCIAL GROUP, INC.**